UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | Crim. No. 16-098 (CKK) |
| : | |
| IVAN LAMONT ROBINSON, : | |
| : | |
| Defendant.  : | |

**DEFENDANT IVAN L. ROBINSON'S NOTICE OF MOTION AND MOTION TO DISMISS ALL CHARGES IN THE INDICTMENT BECAUSE 21 U.S.C. § 841 IS UNCONSTITUTIONALLY VAGUE**

TO THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

Defendant Ivan Lamont Robinson, by and through his counsel of record, Kaiser Dillon PLLC and Covington & Burling LLP, respectfully moves this Honorable Court for an order dismissing the indictment because 21 U.S.C. § 841 is unconstitutionally vague as applied to Dr. Robinson.

This motion is brought under Rule 12(b)(3) of the Federal Rules of Criminal Procedure and is based on the attached memorandum of points and authorities, the files and records in this case, and any further evidence or argument that may be presented.

DATED this 22nd day of March, 2017.	Respectfully submitted,

    /s/   Emily S. Ullman

Jonathan S. Jeffress (D.C. Bar #479074)
Adam Zurbriggen (D.C. Bar. #1026256)
KAISER DILLON PLLC
1401 K St NW #600
Washington, DC 20005
Telephone: (202) 640-2850
Facsimile: (202) 280-1034

Phyllis A. Jones (D.C. Bar #983154)
Emily S. Ullman (D.C. Bar #1001677)
COVINGTON & BURLING LLP
One CityCenter,
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5868
Facsimile: (202) 778-5868
pajones@cov.com
eullman@cov.com

*Attorneys for Defendant*
*Ivan Lamont Robinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John P. Dominguez
Assistant U.S. Attorney
For the District of Columbia
555 4th Street, NW
Washington, DC 20530
(202) 252-7684
john.dominguez@usdoj.gov

Dineen A. Baker
Assistant U.S. Attorney
For the District of Columbia
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6954
dineen.baker@usdoj.gov

                                                /s/ Emily S. Ullman
                                                Emily S. Ullman

                                            *Counsel for Ivan Lamont Robinson*