## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IVAN L. ROBINSON,<br><br>Defendant | Criminal Action No. 16-98 (CKK) |

## ORDER
(June 23, 2017)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 23rd day of June, 2017, hereby

**ORDERED** that Defendant's [57] Motion to Suppress is **DENIED**.

**SO ORDERED.**

/s<br>
**COLLEEN KOLLAR-KOTELLY**<br>
United States District Judge
