**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code TDS-GD | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: LISA Pryor, SA  At: Washington FDO | ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared 03-11-2011 | |
| 9. Other Officers: N/A | | | | |
| 10. Report Re: Telephone call from Ivan L. Robinson, MLP on 1-11-2011 regarding patients | | | | |

**DETAILS**

1. On January 11, 2011, SA Lisa Pryor received a telephone call from Washington, DC Nurse Practitioner, Ivan L. Robinson regarding problems he was having with some of his patients from Southern Maryland. According to Mr. Robinson, a pharmacist told him approximately two weeks prior that someone was using his name on fraudulent prescriptions.

2. Mr. Robinson explained that his office is located at 700 Columbia Road, NW, and he runs a family practice and an urgent care. He stated that he had a spike in patients from Southern Maryland approximately sixty days ago. He explained that a patient by the name of Claude CARPENTER was the one using the fraudulent prescriptions. He stated that he called the Maryland state police, and they referred him to the St. Mary's County Sheriff's Office.

3. According to Mr. Robinson, the pharmacist called from the Target Pharmacy in California, MD, and the pharmacist's name was Ms. Cooksey.

4. Mr. Robinson stated that another patient, by the name of Kevin Bryant, also passed fraudulent prescriptions using his name.

5. Mr. Robinson stated that he overheard a patient talking about a police officer, and the patient stated that the officer was involved in the illegal distribution of pharmaceuticals. Mr. Robinson explained that he

| 11. Distribution: Division WASHINGTON FLD DIV  District  Other SARI; ODP; DIG | 12. Signature (Agent)  LISA Pryor, SA | 13. Date 04-20-2011 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Karen I Flowers, GS | 15. Date 04-25-2011 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**Attachment A**

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▮▮▮▮▮ | |
| 4. Page 2 of 2 | | |
| 5. Program Code  TDS-GD | 6. Date Prepared  03-11-2011 | |

thought the name he heard from the patient was the name of the officer who was assigned to his case.

6. At this point in the telephone conversation, Mr. Robinson patched his secretary into the telephone call, and she provided information regarding this matter. The name of his secretary was Silvia Mayaki, and she stated that the officer who was assigned to Mr Robinson's investigation was Detective Milton Pasate from St. Mary's County Sheriff's office.

7. Ms Mayaki also stated that a pharmacist in Lusby, MD, Mr Signal, also informed Mr. Robinson that fraudulent prescriptions were being passed at his pharmacy, but Mr. Signal would not tell him the name of the patient passing the prescriptions.

8. According Mr. Robinson, he had his records audited, and he found that a former patient was sending in other people who tried to obtain pharmaceuticals from him in order to sell in Southern, Maryland.

▮▮▮

1. ▮▮▮▮▮▮ - ▮▮▮ ▮▮▮.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.