**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code TDS-GD | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: LISA Pryor, SA  At: Washington FDO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared  03-11-2011 | |
| 9. Other Officers: SA Mark Embrey | | | | |
| 10. Report Re: Interview with Ivan L Robinson, MLP on 1-25-2011 | | | | |

**DETAILS**

1. On January 25, 2011, SA Lisa Pryor and SA Mark Embrey interviewed Washington, DC Nurse Practitioner Ivan Robinson regarding suspected fraudulent prescriptions that were passed in his name.

2. According to Mr. Robinson, he worked at various sites in Washington, DC, and he practiced a new method of decompression for pain management. He explained that he thought that a patient by the name of Claude CARPENTER was friends with the police officer who was investigating his case.

3. He stated that he started seeing Southern Maryland patients in approximately the beginning of December, and Claude CARPENTER was one of the patients. According to Mr. Robinson, CARPENTER is the leader of the group of patients from Southern Maryland.

4. Mr. Robinson named Detectives John Lagado, Milton Pasate and Officer Alioto as the officers investigating his case.

5. Mr. Robinson stated that he lost approximately eighty patients from the Southern Maryland area, and he believes that they are pill seekers, because they stopped showing up for therapy. He explained that he contacted St. Mary County's police department, but he felt he did not receive any results regarding his case.

| 11. Distribution:  Division WASHINGTON FLD DIV  District  Other   SARI; DIG; ODP | 12. Signature (Agent)  LISA Pryor, SA | 13. Date  04-20-2011 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Karen I Flowers, GS | 15. Date  04-25-2011 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**Attachment B**

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. ▇▇▇▇ | 2. G-DEP Identifier ▇▇ |
| 3. File Title ▇▇▇▇▇▇ | |

4. Page 2 of 2

5. Program Code
TDS-GD

6. Date Prepared
03-11-2011

6. Mr. Robinson showed SAs Pryor and Embrey a legitimate prescription from his practice. He explained that the legitimate prescriptions are made by him on purple paper with a gold emblem. He stated that the emblem was embossed when he printed his prescriptions. (Note: The prescriptions Mr. Robinson provided SAs Pryor and Embrey were printed on purple paper with a gold emblem; however, the emblem was not embossed.)

7. According to Mr. Robinson, he overheard CARPENTER and another patient talking about an officer and how that officer could not be arrested, because he was a police officer. (Note: It was very unclear to SAs Pryor and Embrey whether Mr. Robinson actually heard the patients referring to police officers, and Mr. Robinson was not clear about what he actually heard.)

8. Based on the information provided by Mr. Robinson, CARPENTER gave him a Washington, DC address, but he was actually a St. Mary County resident. Mr. Robinson stated that he researched CARPENTER and saw that he was a Maryland resident. Mr. Robinson also named Leslie BROWN and Daniel EVANS as patients who were part of the Southern Maryland fraud operation.

9. Mr. Robinson stated that he gets paid through the Medicaid and Medicare program. He stated that he does have cash clients, but he does not have more than $50.00 worth of cash clients per month.

10. According to Mr. Robinson, an unknown female called him approximately three hours before the interview and stated that she was scared of his patient, Devon JOHNSON. The unknown female told Mr. Robinson that she was upset because her daughter comes with JOHNSON to his appointments at Mr. Robinson's office, and her daughter takes the pills that are prescribed to JOHNSON.

▇▇▇▇

1.  ▇▇▇▇▇▇ – ▇▇▇ ▇▇▇▇.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.