**Baker, Dineen (USADC)**

**From:** Jonathan Jeffress <jjeffress@kaiserdillon.com>
**Sent:** Wednesday, July 5, 2017 8:45 AM
**To:** Baker, Dineen (USADC); Dominguez, John (USADC); Litz, Jeannette (USADC)
**Cc:** Elizabeth Spavins; Emily Ullman; Johnson, Chase; Phyllis Jones
**Subject:** Re: Brady material

John:

We need her as a witness to testify about Dr. Robinson's contacts with her regarding suspicious patients including Goble. We'll raise it at the status.


On Wed, Jul 5, 2017 at 8:30 AM Dominguez, John (USADC) <John.Dominguez@usdoj.gov> wrote:
We have already disclosed the requested materials to you in discovery long ago.
We do not intend to call SSA Lisa Pryor as a witness. She is the DEA Legat in Thailand and has been since 2014.
As flying her halfway around the world at Government expense when we are not calling her as a witness is wasteful and unnecessary. Perhaps you can explain what you need her for as a witness. Whatever contacts she had with Ivan Robinson have been disclosed in DEA 6s.

AS I recall, the issue with Jesse Goble has already been disclosed to you.



/s/
John P. Dominguez
Lead Task Force Attorney
Organized Crime and Narcotics Task Force
202-252-7684

-----Original Message-----
From: Jonathan Jeffress [mailto:jjeffress@kaiserdillon.com]
Sent: Tuesday, July 4, 2017 9:54 AM
To: Dominguez, John (USADC) <JDominguez1@usa.doj.gov>; Baker, Dineen (USADC) <DBaker@usa.doj.gov>; Litz, Jeannette (USADC) <JLitz@usa.doj.gov>
Cc: Phyllis Jones <pajones@cov.com>; Emily Ullman <eullman@cov.com>; Johnson, Chase <JCJohnson@cov.com>; Elizabeth Spavins <espavins@cov.com>
Subject: Brady material


John and Dineen:

In our initial discovery letter to you from last summer, we requested all Brady material in this case. We specifically requested all information in the government's possession, custody or control regarding the contacts Dr. Robinson and the DEA had had before the execution of the search warrant, wherein Dr. Robinson had reported various individuals to the DEA for drug-seeking behavior. We believe, for example, that there may

1

**Attachment C**

have been communications between Dr. Robinson (and/or his staff) and the DEA specifically about government witness Jessie Goble. But we also think there were numerous other such contacts.

We believe that those contacts are plainly exculpatory and that the government has a Brady obligation to produce all information on any such contacts. We understand that most of those contacts were between Dr. Robinson (and/or his staff) and DEA Agent Lisa Pryor, who oddly does not appear on the government's witness list. We've also received little to no discovery from you about Dr. Robinson's contacts with Agent Pryor where he reported various individuals to her.

Pleas let me know whether you agree that Dr. Robinson's contacts with the DEA in general and Agent Pryor in particular regarding suspicious patients are Brady material; if you do not agree, we will need to raise this at tomorrow's status hearing. Please also provide us with all information about any such contacts as soon as possible, as we are less than a week from trial.

Also, please confirm that you will make Agent Pryor available as a defense witness (this email serves as notice that we now intend to call her). We are happy to follow up on whatever procedures you believe are necessary to make that happen.

Thank you for your courtesy — Jon


--
Jonathan S. Jeffress

KaiserDillonPLLC
1401 K Street NW, Ste. 600
Washington, D.C. 20005
(202) 640-4430 (direct)
(202) 271-9018 (cell)