## Dominguez, John (USADC)

**From:** Jonathan Jeffress <Jonathan_Jeffress@fd.org>
**Sent:** Thursday, February 20, 2014 4:50 PM
**To:** Dominguez, John (USADC)
**Cc:** Pryor, Lisa R. (DEA)
**Subject:** Re: Ivan Robinson

Mr. Robinson is available whenever, so please just name a time and he will be there. Thank you. Once it happens the joint submission is fine.

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, Ste. 550 NW
Washington, D.C. 20004
(202) 208-7500, ex. 134
(202) 208-7515 (fax)

**From:** "Dominguez, John (USADC)" <John.Dominguez@usdoj.gov>
**To:** "Pryor, Lisa R. (DEA)" <Lisa.R.Pryor@usdoj.gov>,
**Cc:** "Jonathan Jeffress (Jonathan_Jeffress@fd.org)" <Jonathan_Jeffress@fd.org>
**Date:** 02/20/2014 04:48 PM
**Subject:** Ivan Robinson

Email for defense attorney is : jonathan_Jeffress@fd.org. I've emailed his a copy of the email so you can arrange through him for his client Ivan Robinson to pick up his lap top and the copies of documents he requested from the various search warrants.

Jonathan: Ivan Robinson will have to sign some form / receipt. I've
asked agents not to initiate any communication with him beyond that necessary to give him the property. I've learned from other agents that he is talkative. If you are worried about what he might say, you might have a
paralegal accompany him to the DEA office. Beyond that, let's just get
this done!

Jonathan: Once it happens you and I should make a joint submission to Mag.
Judge Facciola that the property (his lap top) was returned on such and such a date along with copies of the documents he requested in a previous
meeting. OK? Because the motion for return of property is still an
open/unresolved matter.

1

**Attachment D**

Assistant U.S. Attorney
Washington, D.C.
202-252-7684
OCDETF. Lead Task Force Atty

---

From: Dominguez, John (USADC)
Sent: Tuesday, March 25, 2014 1:45 PM
To: Jonathan Jeffress (Jonathan_Jeffress@fd.org)
Cc: Han, John K. (USADC)
Subject: Ivan Robinson return of property

Jonathan: I can't recall ever hearing back from you on the return of property. Does your client agree to filing the attached report or are there still unresolved issues regarding the motion for return of property?

/s/
John P. Dominguez
Assistant U.S. Attorney
Washington, D.C.
202-252-7684
OCDETF. Lead Task Force Atty

[attachment "status report concluding.docx" deleted by Jonathan Jeffress/DCF/DC/FDO]