**Baker, Dineen (USADC)**

| | |
|---|---|
| From: | Baker, Dineen (USADC) |
| Sent: | Wednesday, July 5, 2017 5:08 PM |
| To: | Pryor, Lisa R. (DEA) |
| Cc: | Dominguez, John (USADC); Litz, Jeannette (USADC) |
| Subject: | Ivan Robinson |

Hi Lisa!

This is a bit of a blast from the past, but John and I are about to go to trial on Ivan Robinson and the defense is asking for all reports that you created about Robinson and his reports to you regarding pill-seeking patients. According to the DEA folks here, they cannot located any such reports in the system. Is there any way for you to determine whether you wrote any reports on his complaints and/or confirm that there are no such reports? And, of course, by "reports," please include any notes you may have taken or any action you may have taken as a result of Robinson's complaints.

You can reach me via e-mail, or at the office at 202-252-6954, or on my cell 202-738-7363.

thanks! -Dineen

*Dineen A. Baker*
*Assistant United States Attorney*
*U.S. Attorney's Office for the District of Columbia*
*555 Fourth Street, NW*
*Washington, DC 20530*
*office 202-252-6954*
*dineen.baker@usdoj.gov*

1

**Attachment E**