# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3039**  **September Term, 2021**

**1:16-cr-00098-CKK-1**

**Filed On: September 17, 2021**

United States of America,

    Appellee

  v.

Ivan Lamont Robinson,

    Appellant

    **BEFORE:**    Rogers, Millett, and Katsas, Circuit Judges

## O R D E R

    Upon consideration of the motion for release pending appeal, and the response thereto, it is

    **ORDERED** that the motion be denied.  "The judicial officer shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and sentenced to a term of imprisonment, and who has filed an appeal or a petition for a writ of certiorari be detained."  18 U.S.C. § 3143(b)(2).  Appellant has been convicted of such an offense, and is therefore subject to this mandatory detention provision.  Although a person subject to detention under this provision but who would otherwise qualify for release pending appeal pursuant to 18 U.S.C. § 3143(b)(1) may obtain release by "clearly show[ing] that there are exceptional reasons why such person's detention would not be appropriate," 18 U.S.C. § 3145(c), appellant has not alleged that such reasons exist.  Nor has he demonstrated "by clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community if released," 18 U.S.C. § 3143(b)(1)(A), or that this appeal involves a substantial question of law or fact

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3039**                      **September Term, 2021**

that is likely to result in reversal, a new trial, or a reduced sentence, 18 U.S.C. § 3143(b)(1)(B).

<u>**Per Curiam**</u>

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                     BY:     /s/
                                         Manuel J. Castro
                                         Deputy Clerk