UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                          16-cr-00098(CKK)

IVAN ROBINSON

**MOTION FOR REINSTITUTION OF CONDITIONS OF PRETRIAL RELEASE**

Defendant, by and through undersigned counsel, does hereby respectfully move for reinstitution of conditions of pretrial release. In support thereof, defendant sets as follows:

Consistent with this Court's minute order entered on July 26, 2023, Defendant Ivan Robinson respectfully moves this court to formally vacate his convictions and sentence and re-institute his prior conditions of release. Counsel [co-counsel for defendant before the Circuit Court of Appeals for the District of Columbia] for the Defendant has consulted with counsel for the United States, which has indicated that it will not object to Defendant's conditional release pending potential retrial, but that it has not determined whether it will request modified or additional conditions of release. Counsel will continue to coordinate.

By an order and opinion dated June 2, 2023, the U.S. Court of Appeals for the District of Columbia Circuit remanded this matter to this Court for a new trial on all counts. Dkt. No. 436. The appellate mandate has now issued. Defendant accordingly respectfully requests that this Court vacate the jury verdict and special verdict, sentence, order of forfeiture, and judgment in this case. Dkt. Nos. 233, 425, 431.

Defendant also respectfully requests that the Court reinstitute conditions of release on Defendant's own recognizance, which would be consistent with his prior, pre-trial conditions of

release.  As the Court noted in its minute order, Defendant was not held pending trial, but was subject to a prior order imposing condition of release.  Dkt. No. 4.  He was taken into custody upon his conviction, and has now served approximately 71 months of his sentence.  Since late December 2023, Defendant has been serving his sentence under the supervision of the Bureau of Prisons residential reentry office in Baltimore.  While on home confinement, he has complied with all conditions prescribed by the Bureau of Prisons, and he will continue to comply with any conditions of release this Court imposes.  Indeed, based on the lack of any problems during his prior period of pre-trial release, this Court can be confident that Defendant will once again respect the conditions this Court imposes.

Given the Defendant's past record of compliance with the court's conditions of release, the fact that he has already served a substantial period of incarceration, and his ongoing compliance with the Bureau of Prison's conditions of home confinement, it is appropriate for this Court to again release Defendant on his own recognizance pending any potential retrial.  Defendant enjoys substantial family support in the area, and currently resides at 4201 30th St., Mt. Rainier, MD, 20712 with his mother and stepfather, Maxine and Nathan Drakeford.  Furthermore, reincarcerating Defendant will take him away from his 11 year-old-son Jayden, who lives in the area with his mother and who Defendant sees on a regular basis.  Reincarceration would also interfere with the Defendant's ongoing receipt of medical care from the Washington D.C. Veteran's Administration medical center, where the Defendant is currently on a waiting list for a hip replacement.

In sum, Defendant respectfully requests that the Court reimpose his prior conditions of release, and release him on his own recognizance pending any potential retrial.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200
skiersh@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, upon all counsel of record on this the 1st day of August, 2023.

_____/s/_____
Steven R. Kiersh