UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 16-CR-098 (CKK) |
| v. : | |
| : | |
| IVAN LAMONT ROBINSON, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO MOTION
## FOR REINSTITUTION OF CONDITIONAL RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this response to the Defendant's Motion for Reinstitution of Conditions of Pretrial Release (ECF No. 439).

Following the Order of the United States Court of Appeals for the District of Columbia Circuit remanding this case for a new trial (ECF No. 436), the Government is not seeking the Defendant's pretrial detention at this juncture and does not object to reinstituting conditions of release. The Government requests that the Defendant's current address and contact information be provided to, and confirmed by, the Pretrial Services Agency. The Government also respectfully recommends that the Defendant's former conditions of release be amended to include GPS location monitoring to ensure the Defendant's continued compliance and appearance in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   */s/ Thomas G. Strong*
Thomas G. Strong
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
(202) 252-7063
thomas.strong@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on August 8, 2023.

By:   /s/ *Thomas G. Strong*
Thomas G. Strong
Assistant United States Attorney